

**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Hourly Rate Employees**

**1. Employer Information**

Name: 3321 Astoria Ave

Doing Business As (DBA) Name(s):

Bareburger

FEIN (optional):

Physical Address:

33-21 31st Ave
Astoria, NY 11105

Mailing Address:

Same as above

Phone: 718 777-7011

**2. Notice given:**
☑ At hiring
☐ On or before February 1st
☐ Before a change in pay rate(s), allowances claimed or payday

LS 54 (03/11)

**3. Employee's rate of pay:**

$ ___5___ per hour

**4. Allowances taken:**
☑ None
☑ Tips $ 3.75 per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** monday

**6. Pay is:**
☑ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**

$ 7.50 per hour (This must be at least 1½ times the worker's regular rate with few exceptions.)

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

**Check one:**
☐ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

_Diana Hristova_
Print Employee Name

_(signature)_
Employee Signature

6/20/15
Date

_Jimmy Brites    Manager_
Preparer's Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

| Client: | 1302 | | | | | | PLATINUM PAYROLL | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name: | 3321 ASTORIA, INC. | | | | | | EMPLOYEE EARNINGS STATEMENT | | | | Run Date: | 03/31/17 |
| | | | | | | | | | | | Run Time: | 11:02 a |
| | | | | | | | | | | | Pgm Name: | PR_REG |

| | | | Earnings | | | | | Taxes | | | | Deductions | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Earning | Code | Rate | Hrs/Units | Curr Pay | YTD Pay | YTD Hrs | Tax | Current | YTD Deduction | | Code | Current | YTD |

**Empl: 94   HRISTOVA, DIANA P   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   Hired: 07/17/15**

**07/17/15   Per: 06/18/15 thru 06/24/15**                 Net: 251.91        DDep: 0.00        Chk: 251.91        Chk#: 44117        Div: 0        Dpt: COUNTER

| HOURLY | 1 | 5.0000 | 17.2500 | 86.25 | 86.25 | 17.2500 | SOC SEC | 17.17 | 17.17 | New York Resident Single | 95 | 1.61 | 1.61 |
| TIPS-CHRG. | 22 | | | 190.63 | 190.63 | | MEDICARE | 4.01 | 4.01 | | | | |
| | | | | | | | NY ST WH | 1.58 | 1.58 | | | | |
| | | | | | | | NY SDI | 0.60 | 0.60 | | | | |
| | Pay: | | 17.2500 | 276.88 | 276.88 | 17.2500 | Taxes: | 23.36 | 23.36 | Deductions: | | 1.61 | 1.61 |

**Totals for Empl: 94   HRISTOVA, DIANA P   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   Hired: 07/17/15**

| HOURLY | 1 | | 17.2500 | 86.25 | | | SOC SEC | 17.17 | | New York Resident Single | 95 | 1.61 | |
| TIPS-CHRG. | 22 | | | 190.63 | | | MEDICARE | 4.01 | | | | | |
| | | | | | | | NY ST WH | 1.58 | | | | | |
| | | | | | | | NY SDI | 0.60 | | | | | |
| | Totals: | | 17.2500 | 276.88 | | | Taxes: | 23.36 | | Deductions: | | 1.61 | |

**Report Grand Totals:**                 Net: 251.91        DDep: 0.00        Chk: 251

| HOURLY | 1 | | 17.2500 | 86.25 | | | SOC SEC | 17.17 | | New York Resident Single | 95 | 1.61 | |
| TIPS-CHRG. | 22 | | | 190.63 | | | MEDICARE | 4.01 | | | | | |
| | | | | | | | NY ST WH | 1.58 | | | | | |
| | | | | | | | NY SDI | 0.60 | | | | | |
| | Totals: | | 17.2500 | 276.88 | | | Taxes: | 23.36 | | Deductions: | | 1.61 | |

Number of Pay Items Listed:    1

New York State Department of Labor
Division of Labor Standards
www.labor.ny.gov

## Summary of Wage Order Rates and Credits for the Hospitality Industry

| | | Effective 1/1/11 | Effective 12/31/13 | Effective 12/31/14 | Effective 12/31/15 |
|---|---|---|---|---|---|
| **Basic Minimum Hourly Rate** | | $7.25 | $8.00 | $8.75 | $9.00 |
| **Cash Wage & Tip Credits (per hour)** | Wage | Tips | Tips | Tips | Tips |
| Food Service Workers | $5.00 | $2.25 | $3.00 | $3.75 | $4.00 |
| Service Employees | $5.65 | $1.60 | $2.35 | $3.10 | $3.35 |
| Service Employees – Resort Hotels only* | $4.90 | $2.35 | $3.10 | $3.85 | $4.10 |
| * Only if tips average at least | | $4.10 | $4.50 | $4.90 | $5.05 |
| **Uniform Maintenance Rate (per week)** | | | | | |
| Over 30 hours | | $9.00 | $9.95 | $10.90 | $11.20 |
| Over 20 to 30 hours | | $7.10 | $7.85 | $ 8.60 | $ 8.85 |
| 20 hours or less | | $4.30 | $4.75 | $ 5.20 | $ 5.35 |
| **Meal Credits (per meal)** | | | | | |
| Restaurants & All Year Hotels | | | | | |
| Service & Food Service Workers | | $2.50 | $2.50 | $2.50 | $2.50 |
| All non-service workers | | $2.50 | $2.75 | $3.00 | $3.10 |
| Resort Hotels | | | | | |
| Food Service Workers | | $2.75 | $2.75 | $2.75 | $2.75 |
| Service Employees | | $3.25 | $3.25 | $3.25 | $3.25 |
| All non-service workers | | $3.25 | $3.60 | $3.95 | $4.05 |
| **Lodging Credits** | | | | | |
| Restaurants – per day | | | | | |
| Food Service Workers | | $1.50 | $1.50 | $1.50 | $1.50 |
| Service Employees | | $1.75 | $1.75 | $1.75 | $1.75 |
| All non-service workers | | $1.75 | $1.95 | $2.15 | $2.20 |
| Restaurants – per week | | | | | |
| Food Service Workers | | $ 9.60 | $ 9.60 | $ 9.60 | $ 9.60 |
| Service Employees | | $11.30 | $11.30 | $11.30 | $11.30 |
| All non-service workers | | $11.30 | $12.45 | $13.60 | $14.00 |
| Hotels & Resort Hotels without meals – per hour | | | | | |
| Food Service Workers | | $0.35 | $0.35 | $0.35 | $0.35 |
| Service Employees | | $0.35 | $0.35 | $0.35 | $0.35 |
| All non-service workers | | $0.35 | $0.40 | $0.45 | $0.45 |
| Resort Hotels with 3 daily meals – per day | | | | | |
| Food service workers | | $13.75 | $13.75 | $13.75 | $13.75 |
| Service Employees | | $16.25 | $16.25 | $16.25 | $16.25 |
| All non-service workers | | $16.25 | $17.95 | $19.65 | $20.20 |
| **Executive and Administrative Exemption** | | | | | |
| Minimum weekly salary required | | $543.75 | $600.00 | $656.25 | $675.00 |

*A Food Service Worker* is an employee primarily engaged in the serving of food and beverages to guests, patrons or customers in the hospitality industry.  They include, but are not limited to, wait staff, bartenders, captains and busing personnel.  They regularly receive tips from guests, patrons or customers.

A *Service Employee* is an employee, other than a food service worker, who customarily receives tips of at least $1.60 on and after January 1, 2011; $1.75 on and after December 31, 2013; $1.90 on and after December 31, 2014; and $1.95 on and after December 31, 2015, or more per hour.  The term includes housekeepers.

Part 146 (10/13)